470 A.2d 1030

Commonwealth v. Jones, Appellant.

Submitted November 7, 1983. Douglas W. Herman, Assistant Public Defender, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.